IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KY HOME & GARDEN, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00555-BP |
| | § | |
| **CLEAR LANE FREIGHT SYSTEMS, LLC,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is the parties' Joint Motion to Dismiss Plaintiff's Petition with Prejudice, filed October 18, 2021. ECF No. 23. The parties "have settled the above-captioned matter by way of a Settlement Agreement and Mutual Release disposing of all claims which were or could have been asserted between Plaintiff and Defendants." *Id.* at 1. They "request that this Honorable Court DISMISS Plaintiff's Petition with prejudice and for such other and further relief that may be awarded at law or in equity." *Id.* at 2. Accordingly, the Court finds that the Joint Motion to Dismiss should be and is hereby **GRANTED**.

It is there **ORDERED**, **ADJUDICATED**, and **DECREED** that all claims Plaintiff asserted, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. The taxable costs of court, as calculated by the clerk of Court, shall be borne by the party incurring the same.

It is so **ORDERED** on October 19, 2021.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE